IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

MAURICE PRITCHARD,  :  Civil Action No.

    Plaintiff,  :

    vs.  :

LAW OFFICES OF ALAN M. LASKIN,  :

      :

    Defendant.

## COMPLAINT

Plaintiff, Maurice Pritchard, his attorney Ray Johnson, for his claims against the Defendant states:

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") and Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq. ("State Act"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff Maurice Pritchard resides in Winterset, Iowa.

4. Defendant Law Offices of Alan M. Laskin is a debt collector engaged in the business of collecting debts in the state of Iowa.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

6. Defendant contacted the Plaintiff and his wife while attempting to collect an alleged debt. During these calls, one caller called Pritchard's wife a "bitch." During the calls, collectors were abusive and used abusive language.

7. During the first debt collection call from the Defendant, and during subsequent calls, Pritchard told the defendant he was represented by an attorney. Defendant's debt collectors responded by asking Mr. Pritchard if his attorney was going to pay the alleged debt.

8. After being informed Pritchard was represented, the Defendant continued to contact Pritchard in an attempt to collect the alleged debt.

## V. FIRST CLAIM FOR RELIEF

9. All facts and allegations of this Complaint are incorporated herein by reference.

10. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

> a. Defendant violated 15 U.S.C. § 1692c(a)(2) by contacting Pritchard and or his wife when it was known, or should have been known, that he was represented by an attorney.
>
> b. Defendant violated 15 U.S.C. § 1692d(2) by using abusive language while attempting to collect the debt.

2

11. As a result of the above violations of the FDCPA, the Defendant is liable to

the Plaintiff for his statutory damages, costs, and attorney's fees.

## VI. SECOND CLAIM OF RELIEF

12. All facts and allegations of this Complaint are incorporated herein by reference.

13. Pritchard's alleged obligations were "debts" as defined by Iowa Code §
537.7102(3).

14. With regard to attempts to collect from Pritchard as alleged herein, Defendant was a
"debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

15. Defendant violated the State Act. The foregoing acts, omissions and practices of
Defendant were violations of Iowa Code § 537.7103, including but not limited to:

> a. Defendant violated Iowa Code § 537.7103(5)(e) by contacting Pritchard when it
> was known, or should have been known, that she was represented by an attorney.
>
> b. Defendant violated Iowa Code § 537.7103 (2)(a) by using abusive language while
> attempting to collect an alleged debt.
>
> c. Defendant violated Iowa Code § 537.7103(1)(f) by taking actions prohibited by
> chapter Iowa Code chapter 537 or any other law.

16. As a proximate result of the unfair debt collection, the Defendant is liable to

Plaintiff for his actual damages, statutory damages, costs, and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the
Defendant for the following:

A. Statutory damages pursuant to 15 U.S.C. § 1692k.

B.  Actual and statutory damages pursuant to Iowa Code § 537.5201(1).

C.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and

Iowa Code § 537.5201(8).

D.  For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com

4