IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| MAURICE PRITCHARD, | : | Civil Action No. 4:08-cv-00256 |
| Plaintiff, | : | |
| vs. | : | |
| LAW OFFICES OF ALAN M. LASKIN, | : | DISMISAL WITH PREJUDICE |
| | : | |
| Defendant. | | |

Plaintiff, Maurice Pritchard, by his attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted,

*/s/ Ray Johnson*
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com